IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HBAC MATCHMAKER MEDIA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 13-433 (SLR) |
| ) | |
| DISNEY ONLINE; ESPN, INC.; and ) | |
| AMERICAN BROADCASTING ) | |
| COMPANIES, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Non-Party Freewheel Media, Inc.'s Supplemental and Amended Responses and Objections to Plaintiff's Subpoena* were caused to be served on June 11, 2014, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                            VIA ELECTRONIC MAIL
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
Sarah E. Bussiere, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

Eric J. Carsten, Esquire                                                            VIA ELECTRONIC MAIL
Marc A. Fenster, Esquire
Jean Y. Rhee, Esquire
Brian D. Ledahl, Esquire
RUSS, AUGUST, KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
*Attorneys for Plaintiff*

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Rodger D. Smith II*

                    Jack B. Blumenfeld (#1014)
                    Rodger D. Smith II (#3778)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200
                    jblumenfeld@mnat.com
                    rsmith@mnat.com

                    *Attorneys for Non-Party Freewheel Media, Inc.*

June 11, 2014
8308753.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2014 I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 11, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>Sarah E. Bussiere, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Eric J. Carsten, Esquire<br>Marc A. Fenster, Esquire<br>Jean Y. Rhee, Esquire<br>Brian D. Ledahl, Esquire<br>RUSS, AUGUST, KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)