# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HBAC MATCHMAKER MEDIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISNEY ONLINE; ESPN, INC.; AND AMERICAN BROADCASTING COMPANIES, INC.,<br><br>Defendants. | C.A. No. 13-433-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 28, 2014, copies of: (1) **HBAC MATCHMAKER MEDIA, INC.'S DISCLOSURES OF INFRINGEMENT CONTENTIONS PURSUANT TO SECTION 4(c) OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION** and (2) this **NOTICE OF SERVICE** were served upon the following counsel as shown:

**BY EMAIL**

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Edward R. Reines
Jill J. Schmidt
Andrew L. Perito
WEIL, GOTSHAL &MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

- 2 -

July 28, 2014                                          BAYARD, P.A.

OF COUNSEL:                                            /s/ *Vanessa R. Tiradentes*
                                                       Richard D. Kirk (rk0922)
Marc A. Fenster                                        Stephen B. Brauerman (sb4952)
Brian D. Ledahl                                        Vanessa R. Tiradentes (vt5398)
Eric J. Carsten                                        Sara E. Bussiere (sb5725)
Jean Y. Rhee                                           222 Delaware Avenue, Suite 900
Russ August & Kabat                                    Wilmington, DE  19801
12424 Wilshire Boulevard, 12th Floor                   (302) 655-5000
Los Angeles, CA 90025-1031                             rkirk@bayardlaw.com
(310) 826-7474                                         sbrauerman@bayardlaw.com
mfenster@raklaw.com                                    vtiradentes@bayardlaw.com
bledahl@raklaw.com                                     sbussiere@bayardlaw.com
ecarsten@raklaw.com
jrhee@raklaw.com                                       *Attorneys for Plaintiff HBAC Matchmaker Media, Inc.*